IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ESTEVERNICO A. MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:16cv575-MHT |
| ) | (WO) |
| BOBBY CROCKER, et al., ) | |
| ) | |
| Defendants. ) | |

OPINION AND ORDER

This cause is before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion for a preliminary injunction be denied as moot. Also before the court are plaintiff's objections to the recommendation. In his motion, plaintiff sought to enjoin defendants from denying him emergency heart surgery. Before the court ruled on the motion, plaintiff received the necessary medical procedure. The court therefore agrees that plaintiff's motion is moot.

***

Accordingly, after an independent and de novo

review of the record, it is ORDERED that:

(1) Plaintiff's objections (doc. no. 50) are overruled.

(2) The recommendation of the United States Magistrate Judge (doc. no. 48) is adopted.

(3) Plaintiff's motion for preliminary injunction (doc. no. 16) is denied as moot.

DONE, this the 18th day of April, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**